THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHRISTOPHER TATUM, Appellant. [824 NYS2d 718]—

Appeal by the defendant from a judgment of the Supreme Court, Kings County (Tomei, J.), rendered June 12, 2003, convicting him of murder in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

After conducting a *Geraci/Sirois* hearing (*see People v Geraci,* 85 NY2d 359 [1995]; *Matter of Holtzman v Hellenbrand,* 92 AD2d 405 [1983]), the trial court correctly determined that a previously cooperative eyewitness had been rendered unavailable due to threats made by the defendant's brother, at the defendant's initiative or acquiescence (*see People v Cotto,* 92 NY2d 68 [1998]; *People v Geraci, supra*).

Moreover, the court correctly declined the defendant's request to submit manslaughter in the first degree as a lesser-included

offense of intentional murder (*see People v Seabrooks,* 27 AD3d 494 [2006]; *People v Moreno,* 16 AD3d 438 [2005]). Prudenti, P.J., Mastro, Fisher and Lunn, JJ., concur.